IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Robinson, Katie | Case Number: 05 B 08913 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 5/27/08 | Filed: 3/14/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed:  May 23, 2008
Confirmed:  May 3, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 19,800.00 | |
| Secured: | | 350.00 |
| Unsecured: | | 17,475.22 |
| Priority: | | 0.00 |
| Administrative: | | 994.00 |
| Trustee Fee: | | 980.78 |
| Other Funds: | | 0.00 |
| Totals: | 19,800.00 | 19,800.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 994.00 | 994.00 |
| 2. | HomeComings Financial Network | Secured | 0.00 | 0.00 |
| 3. | HomeComings Financial Network | Secured | 350.00 | 350.00 |
| 4. | American Express | Unsecured | 4,609.75 | 5,211.65 |
| 5. | ECast Settlement Corp | Unsecured | 2,737.33 | 3,094.68 |
| 6. | Marshall Field & Company | Unsecured | 742.27 | 839.27 |
| 7. | Specialized Management Consultants | Unsecured | 321.47 | 363.45 |
| 8. | American Express | Unsecured | 603.15 | 681.90 |
| 9. | Resurgent Capital Services | Unsecured | 1,234.98 | 1,396.30 |
| 10. | Resurgent Capital Services | Unsecured | 2,743.19 | 3,101.54 |
| 11. | Wells Fargo Financial | Unsecured | 309.35 | 349.73 |
| 12. | Resurgent Capital Services | Unsecured | 736.67 | 832.90 |
| 13. | ECast Settlement Corp | Unsecured | 785.62 | 888.18 |
| 14. | ECast Settlement Corp | Unsecured | 632.93 | 715.62 |
| 15. | Green Point Mortgage Corp | Secured | | No Claim Filed |
| 16. | Capital One | Unsecured | | No Claim Filed |
| 17. | Capital One | Unsecured | | No Claim Filed |
| 18. | Card Processing Center | Unsecured | | No Claim Filed |
| 19. | CitiMortgage Inc | Unsecured | | No Claim Filed |
| 20. | Trustmark Recovery Services | Unsecured | | No Claim Filed |
| 21. | University of Chicago Hospital | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 16,800.71 | $ 18,819.22 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Robinson, Katie

Printed: 5/27/08

Case Number: 05 B 08913
Judge: Goldgar, A. Benjamin
Filed: 3/14/05

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 48.96 |
| 3% | 62.26 |
| 5.5% | 271.02 |
| 5% | 83.61 |
| 4.8% | 158.42 |
| 5.4% | 356.51 |
|  | _____ |
|  | $ 980.78 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

